## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICA FIRST LEGAL FOUNDATION,
600 14th Street, NW
Fifth Floor
Washington, DC 20005

*Plaintiff,*                                    Civil Action No. 21-cv-2832

v.

DEPARTMENT OF STATE,
2201 C Street, NW
Washington, DC 20520

*Defendant.*

## COMPLAINT

1.      America First Legal Foundation ("AFL") sues the U.S. Department of State ("State") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

### JURISDICTION AND VENUE

2.      This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

3.      Venue is proper in this District pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

### PARTIES

4.      AFL is a nonprofit corporation that promotes government transparency and accountability by gathering official government information, analyzing it, and disseminating it to the public through reports, press releases, media platforms including social media, and by posting government records on its website for use by the public, scholars, and others. AFL's principal

office is 600 14th Street, N.W., Fifth Floor, Washington, D.C. 20005.

5.       State is an agency of the federal government and has possession and control of the requested records.

## FACTS

6.       AFL submitted a FOIA request to State on August 11, 2021, seeking records related to State's failure to comply with its obligations under The PLO Commitments Compliance Act of 1989, Title VIII of Public Law 101-246 (1990). Exhibit A.

7.       That same day, AFL received an e-mail from State acknowledging receipt of this request and assigning it reference number F-2021-09165. State represented that it would not be able to respond to the request within the 20 days required by statute due to its need to search for and collect requested records from other department offices or Foreign Service posts. Exhibit B; *see* 5 U.S.C. § 552(a)(6); *Citizens for Resp. & Ethics in Washington v. Fed. Election Comm'n*, 711 F.3d 180, 188–89 (D.C. Cir. 2013).

8.       As of the date of this Complaint, State has failed to produce the requested records or propose a reasonable production schedule; to demonstrate that any of the requested records are lawfully exempt from production; or to notify AFL of the scope of any responsive records it intends to produce or withhold and the reasons for any withholdings and then inform AFL that it may appeal any adequately specific, adverse determination.

## CLAIM FOR RELIEF:  VIOLATION OF THE FOIA

9.       AFL repeats paragraphs 1-8.

10.     Per 5 U.S.C. § 552(a)(3)(A), by failing to release any responsive, non-exempt records, or otherwise offer a reasonable schedule for production, State has violated FOIA.

11.     Per 5 U.S.C. § 552(a)(6)(C), AFL has exhausted its administrative remedies.

12.     AFL is being irreparably harmed because of State's violations of the FOIA and will continue to be irreparably harmed unless State is compelled to comply with the law.

## PRAYER FOR RELIEF

WHEREFORE, AFL respectfully requests that this Court:

A.      Order State to conduct searches immediately for all records responsive to AFL's FOIA request, demonstrating it employed search methods reasonably likely to lead to the discovery of responsive records.

B.      Order State to produce by a date certain all non-exempt records responsive to AFL's FOIA request and a Vaughn index of any responsive records withheld under claim of exemption.

C.      Award AFL attorneys' fees and costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E).

D.      Grant AFL such other and further relief as this Court deems proper.

October 26, 2021.                                  Respectfully submitted,

*/s Christopher Mills*
CHRISTOPHER E. MILLS
D.C. Bar No. 1021558
SPERO LAW LLC
557 East Bay St. #22251
Charleston, SC 29413
Tel.: (843) 606-0640
cmills@spero.law

*/s/ Reed D. Rubinstein*
REED D. RUBINSTEIN
D.C. Bar No. 400153
AMERICA FIRST LEGAL FOUNDATION
600 14th Street, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 964-3721
reed.rubinstein@aflegal.org

*Counsel for Plaintiff America First Legal Foundation*