UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICA FIRST LEGAL FOUNDATION,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>        Defendant. | Civil Action No. 21-2832 (CJN) |

## JOINT STATUS REPORT

The parties, by and through counsel, file this Joint Status report pursuant to the Court's September 26, 2022 Minute Order, regarding the status of processing and production of responsive records. This is a Freedom of Information Act ("FOIA") matter involving a FOIA request that Plaintiff submitted to the United States Department of State (hereinafter "the Department") that seeks records of, referring to or regarding the Biden Administration's report to Congress concerning the Palestine Liberation Organization and the Palestinian Authority. Plaintiff filed the Complaint on October 26, 2021 (ECF No. 1) and the Department filed its Answer on January 7, 2022 (ECF No. 8).

## STATUS OF PLAINTIFF'S FOIA REQUEST

Plaintiff's FOIA request contains seven different subparts that seek different categories of records from the Department.

As previously reported, on March 22, 2022, Plaintiff accepted the Department's proposal for an adequate search of records responsive to subparts A through B and E through G of Plaintiff's FOIA request. The Department confirms that searches for this case have been completed.

In addition, in its December 13, 2024, Joint Status Report, the Department explained that 1,034 records remained on its unclassified system and 993 records remained on its classified system for processing. The Department can now report that there are 961 records on its unclassified system and 993 records on its classified system that remain to be processed.

Since the last Joint Status Report, on December 27, 2024 and January 28, 2025, the Department issued two productions. In December, the Department identified 1 responsive record totaling 1 page that was released in full, 22 responsive records totaling 72 pages that were released in part, identified 2 responsive records totaling 8 pages that were denied in full, and processed 5 non-responsive records totaling 219 pages. In January, the Department identified 2 responsive records totaling 6 pages that were released in part, identified 1 responsive record totaling 1 page that was denied in full, and processed 4 non-responsive records totaling 293 pages. The Department will continue to process records on a rolling basis until processing is complete.

## **NEXT JOINT STATUS REPORT**

Pursuant to this Court's September 26, 2022, Minute Order, the parties shall submit another Joint Status Report on April 11, 2025, to update the Court on the status of Plaintiff's FOIA request and proposed dates for processing and production.

\* \* \*

Dated: February 11, 2025
Washington, DC

*/s/ Christopher Mills*
CHRISTOPHER E. MILLS
D.C. Bar No. 1021558
Spero Law LLC
557 East Bay St. #22251
Charleston, SC 29413
Tel.: (843) 606-0640
cmills@spero.law

*/s/ Reed D. Rubinstein*
REED D. RUBINSTEIN
D.C. Bar No. 400153
America First Legal Foundation
600 14th Street, N.W., Fifth Floor
Washington, D.C. 20005
Tel.: (202) 964-3721
reed.rubinstein@aflegal.org

*Attorneys for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       */s/ Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-7229
Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*